| | | |
|---|---|---|
| **PREMIUM STANDARD FARMS, LLC.,** ) <br> f/k/a Premium Standard Farms, Inc., ) <br> f/k/a PSF Group Holding, Inc., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **TRAVELERS PROPERTY & CASUALTY** ) <br> **COMPANY OF AMERICA,** f/k/a The ) <br> Travelers Indemnity Company of Illinois; ) <br> **TRAVELERS CASUALTY & SURETY** ) <br> **COMPANY,** f/k/a The Aetna Casualty and ) <br> Surety Company; and **TIG INSURANCE** ) <br> **COMPANY,** f/k/a Transamerica Insurance ) <br> Company, ) <br> ) <br> **Defendants,** ) | | Case No. 09-0699-CV-W-GAF |

………………………………………………
| | |
|---|---|
| **TIG INSURANCE COMPANY,** f/k/a ) <br> Transamerica Insurance Company and as ) <br> Sole Shareholder of TIG Indemnity ) <br> Company, ) <br> ) <br> **Third-Party Plaintiff,** ) <br> ) <br> vs. ) <br> **TRAVELERS PROPERTY CASUALTY** ) <br> **COMPANY OF AMERICA** f/k/a The ) <br> Travelers Indemnity Company of Illinois, ) <br> **TRAVELERS CASUALTY & SURETY** ) <br> **COMPANY,** f/k/a The Aetna Casualty & ) <br> Surety Company, **FEDERAL INSURANCE** ) <br> **COMPANY, THE TRAVELERS** ) <br> **INDEMNITY COMPANY,** as Successor in ) <br> Interest to **GULF INSURANCE** ) <br> **COMPANY, VIGILANT INSURANCE** ) <br> **COMPANY, NATIONAL UNION FIRE** ) <br> **INSURANCE COMPANY OF** ) <br> **PITTSBURGH, PENNSYLVANIA,** ) <br> **AMERICAN GUARANTEE & LIABILITY** ) <br> **INSURANCE COMPANY, ZURICH** ) | |

| | |
|---|---|
| AMERICAN INSURANCE COMPANY, | ) |
| AMERICAN INTERNATIONAL | ) |
| SPECIALTY LINES INSURANCE | ) |
| COMPANY and ILLINOIS | ) |
| UNION INSURANCE COMPANY, | ) |
| | ) |
| **Third-Party Defendants.** | ) |

## ORDER

Now before the Court is TIG's Notice of Voluntary Dismissal of Third-Party Defendants, Vigilant and American Guarantee. Accordingly, it is

ORDERED that Third-Party Defendants Vigilant Insurance Company and American Guarantee & Liability Insurance Company are dismissed from the above referenced matter.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: December 4, 2009

2

Case 4:09-cv-00699-GAF   Document 101   Filed 12/04/09   Page 2 of 2